| Case | Number | Status | Date | Report |
|------|--------|--------|------|--------|
| Moundridge Telephone Co. v. Kansas Corporation Comm'n | 114,064 | Denied | 04/21/2016 | Unpublished |
| Perez v. State | 112,328 | Denied | 07/07/2016 | Unpublished |
| Rice v. State | 110,589 | Denied | 04/21/2016 | Unpublished |
| Sanders v. State | 109,972 | Denied | 03/28/2016 | Unpublished |
| Sellers v. State | 112,099 | Denied | 07/22/2016 | Unpublished |
| Sharp v. Kansas Dept. for Children & Families | 110,504 | Denied | 08/30/2016 | Unpublished |
| Sharp v. Kansas Dept. for Children & Families | 110,458 | Denied | 04/21/2016 | Unpublished |
| Sperry v. McKune | 112,455 | Granted | 08/04/2016 | Unpublished |
| State v. Adams | 111,594 | Denied | 03/28/2016 | Unpublished |
| State v. Alvarez | 110,710 | Denied | 04/21/2016 | Unpublished |
| State v. Aring | 111,819 | Denied | 06/21/2016 | Unpublished |
| State v. Armstead | 108,533 | Denied | 04/21/2016 | Unpublished |
| State v. Arnold | 111,520 | Denied | 06/21/2016 | Unpublished |
| State v. Askew | 108,784 and 13 other cases | Granted | 06/21/2016 | Unpublished |
| State v. Atlas | 111,825 | Denied | 03/28/2016 | Unpublished |
| State v. Austin | 108,346 | Denied | 03/31/2016 | Unpublished |
| State v. Ballou | 110,419 | Denied | 08/30/2016 | Unpublished |
| State v. Bannon | 112,212 | Granted | 06/21/2016 | Unpublished |
| State v. Beltran | 112,970 | Denied | 03/31/2016 | Unpublished |
| State v. Betty | 111,468 | Denied | 06/21/2016 | Unpublished |
| State v. Bietka | 112,912 | Denied | 07/15/2016 | Unpublished |
| State v. Bledsoe | 111,955 111,956 | Denied | 06/21/2016 | Unpublished |
| State v. Bliss | 109,821 | Granted | 06/21/2016 | Unpublished |
| State v. Borden-Vasallo | 112,088 | Denied | 06/21/2016 | Unpublished |
| State v. Bradley | 111,781 | Denied | 03/28/2016 | Unpublished |
| State v. Brown | 111,771 | Denied | 03/28/2016 | 51 Kan. App. 876 |
| State v. Brown | 112,203 | Denied | 03/31/2016 | Unpublished |
| State v. Bryan | 112,079 | Denied | 07/07/2016 | Unpublished |
| State v. Burton | 111,713 | Denied | 07/22/2016 | Unpublished |
| State v. Cameron | 113,061 | Denied | 07/15/2016 | Unpublished |
| State v. Campbell | 112,159 | Denied | 07/07/2016 | Unpublished |
| State v. Carpenter | 112,301 | Denied | 03/31/2016 | Unpublished |
| State v. Carter | 109,966 | Denied | 04/21/2016 | Unpublished |
| State v. Cash | 107,007 | Denied | 06/21/2016 | Unpublished |
| State v. Cole | 112,080 | Denied | 03/31/2016 | Unpublished |
| State v. Cooke | 112,934 | Denied | 07/07/2016 | Unpublished |
| State v. Cooper | 111,725 | Denied | 03/28/2016 | Unpublished |
| State v. Croan | 112,536 112,537 | Denied | 07/07/2016 | Unpublished |
| State v. Crowley | 111,154 | Denied | 04/21/2016 | Unpublished |